# United States District Court

### WESTERN DISTRICT OF WASHINGTON

VIRGIL W. BOHALL

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5162BHS

__  __   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_   **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Court finds the ALJ properly determined plaintiff to be not disabled. Accordingly, the ALJ's decision hereby is AFFIRMED.

 

   April 29, 2010
Date

      BRUCE RIFKIN
Clerk


      *s/CM Gonzalez*
Deputy Clerk